IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              CASE NO. 4:20-CR-00084-001  LPR

DALVIN DEJONE PETTUS                                                                        DEFENDANT

### ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment and Commitment (Doc. #53) as to the above-named defendant should be amended to reflect the following correction:

1) USM Number: **01603-509**.

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 16th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE